

Counseling and Advising Clients Exclusively on Laws of the Workplace

Zabell & Collotta, P.C.
1 Corporate Drive
Suite 103
Bohemia, New York 11716
Tel.  631-589-7242
Fax.  631-563-7475
www.Laborlawsny.com

**Anthony T. Masciana, Esq.**
Email:  AMasciana@laborlawsny.com

April 22, 2025

<u>*VIA* ELECTRONIC CASE FILING</u>

The Honorable Steven Tiscione
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    <u>Alfaro v. Castaways PJ Inc. *et al.*</u>
              <u>Case No.: 2:24-cv-08545 (ST)</u>

Your Honor:

      This firm is counsel to Defendants in the above-referenced matter. We write in accordance with Your Honor's Order of April 22, 2025 to explain Defendants' absence from the hearing held on April 17, 2025. Specifically, Defendants utilized the call-in system but were unable to join the conference on April 17, 2025. We received only a connecting message which repeated past the start time of the conference. The undersigned then attempted to connect again without success and subsequently called Chambers to inform the Court of this issue. I spoke with a member of Your Honor's staff and was informed that the conference had been adjourned and that an Order to Show Cause was issued for the Plaintiff. Defendants are aware of, and will attend the hearing presently scheduled for June 17, 2025, at 2:00 pm. Defendants apologize for any inconvenience and thank the Court for its attention to this matter. We remain available should the Court require additional information regarding this submission.

Respectfully submitted,

ZABELL & COLLOTTA, P.C.

Anthony T. Masciana

cc:    Client